## S92A0183. EDWARDS et al. v. KESSLER.
### (419 SE2d 21)

FLETCHER, Justice.

The trial court denied a motion to dismiss the insurance carrier as a defendant, and the jury returned a verdict in favor of appellee against appellants, a motor carrier, its employee, and its insurance carrier. The sole issue on appeal is appellants' challenge to the constitutionality of OCGA §§ 46-7-12 (e) and 46-7-58 (e) which permit an injured person to sue both the motor carrier and its insurance carrier in the same action. We held in *Grissom v. Gleason*, 262 Ga. 374 (418 SE2d 27) (1992), that the joinder provision does not violate the equal protection clause of the Constitution of Georgia of 1983. Accordingly, we affirm.

*Judgment affirmed. All the Justices concur, except Weltner, C. J., who dissents.*

DECIDED JULY 10, 1992.

*Kent & Rackett, A. Martin Kent, R. Nathaniel Rackett III*, for appellants.

*Thomas R. Taggart, R. Edward Reddick, Jr.*, for appellee.